UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

Marco Matthew & Vasiliki Frasca

Case No.: 08-10952

Adv. No.

Hearing Date: 5/5/2008

*Order Filed on 5/6/2008 by Clerk U.S. Bankruptcy Court District of New Jersey*

### ORDER REGARDING REAFFIRMATION AGREEMENT

The relief set forth on the following pages, numbered two (2) through ___2___ is hereby **ORDERED**.

**DATED: 5/6/2008**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Case Number: 08-10952

In Re: Marco Matthew & Vasiliki Frasca
_____
Debtor(s)

## ORDER REGARDING REAFFIRMATION AGREEMENT

The Reaffirmation Agreement between the Debtor(s) and

PNC Bank_____ is:
(Creditor)

_____ Approved

\_\_\_\_✓\_\_\_\_ Disapproved.  However, the Court finds and concludes that the Debtor(s) has fully complied with deadlines of 11 U.S.C. Sections 521(a)(2), 521(a)(6) and 362(h).  Accordingly, Creditor must seek further order of this Court in order to exercise any remedies under the subject installment loan agreement with respect to any pre-petition defaults thereunder.

*Approved by Judge Michael Kaplan May  06, 2008*