Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 08−10952−MBK
Chapter: 7
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Marco Matthew Frasca
aka Marcom Matthew Frasca
5 Shippen Ridge
Oxford, NJ 07863

Vasiliki Frasca
aka Kiki Frasca, aka Vasiliki Gianakouros,
aka Kiki Gianakouros
5 Shippen Ridge
Oxford, NJ 07863

Social Security No.:
   xxx−xx−0469                                    xxx−xx−4218
Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

Please be advised that on May 6, 2008, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 19 − 14
Order Denying Approval of Reaffirmation Agreement. (related document:[14] Reaffirmation Agreement filed by Creditor PNC Bank). The following parties were served: Debtors, Debtors' Attorney, Trustee, US Trustee and PNC Bank. Signed on 5/6/2008. (mrg)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: May 6, 2008
JJW: mrg

James J. Waldron
Clerk